LEGAL MAIL
Provided to Wakulla CI
MAY 05 2021
for mailing

Original Copy of 2.

## SWORN AFFIDAVIT

May 5, 2021
Middle District
Bryan Simpson
U.S. Courthouse
300 N. Hogan St.,
Ste. 9-150
Jacksonville, Fla
32201

3:21-cv-477-TJC-JBT

I ANDRE L. SHEFFIELD, do hereby Swear the following Statement is true and Correct, and made of my Own free Will from Personal Knowledge.

On March __ 2021 I was transferred from N.W.F.R.C./MAIN To Graceville Corr. Facility. At the Arrival I attempted to be Stabbed up by Multiple Different Gang Members, Requested to be Placed in protection, Was Taken To A Confinement Shower Were the attempt Was Made Again, Then finally Moved to SHOS CELL #3 Without Any Interviews ect. Then held in Said SHOS CELL up Until April 20th Were Snuck Out of A Side back door And transferred to A.C.I. Gang Members attempted to Stabb me up at the Rec Yard, I Asked for Protective Custody, Was Taken to Conf. Were Gang Members Were Waiting On myself to be Placed in their Cell To Assault me, I Declared A Mental Health Emergency, Was Escorted From the Showers To The Confinement Hallways, Spoken To A Nurse Then Escorted to SHOS CELL #4.

On April 22 2021 Capt. Hill And Another Captain along with Gang members Ran A CELL Extraction Team On myself Beating My Face into A Bloody Pup, Eyes Swoll Shut ect. From 4/22/21 Until transferred to Wakulla/Annex CSU Center I Refused to Eat or drink Anything. The Warden of A.C.I. refused to report Said Excessive Force to the I.G. And Photo's Were Taken along With Exrays For the First Time at Wakulla Annex 4/30/21.

I Am Being Chased By Multiple Gang Members From Institution to the Next, Being Monitored Each time I

1 of 3

AM Moved Via Cell Phone. Therefore, I am dealing With their Brothers At this time!
These Gang Members Feel Asthough Prior To Now, I've Revealed their Scam's to be Ran ON Multiple D.O.C. STaff Namely AMANDA D. Adams 129 Firehouse Rd. Portsaint Joe, Fla 32456; Bryan P. Bevan, Herman L. Sapp And A Plethora of others., I'd Never Said Anything to Anyone., Plans to have A housed burned here and there. There routes With the drugs or phones. Yet, I'm Being Targeted, And No Warden Gang Sgt. ect has the Slightest Ideal of these Acts OR Nor The Primary Faces behind them.
I've Filed A Few Grievances to Warden Allen, Classification at this Institution, And Can And Will be of Help With A Guarantee help to me.
My Life Remains in Danger.

   I Understand that I Am SWeaRiNG OR AFFirming Under Oath To The Truthfulness oF The Claims Made in this Sworn Affidavitt And That The Punishment For Knowingly Making A False STatement includes Fines And/OR Imprisonment.

Date May 5, 2021           Signature of Petitioner
                            Archie J. Sheffield

State oF Florida
County oF WAKULLA

Sworn To or Affirmed and Signed before me on 5/5/2021 by Ande L. Sheffield

_Lanoree) Adams_
NOTARY Public

_LaNora W. Adams_
Print Name

Personally Known ___
Produced Identification ✓
Type of Identification Produced State of Fla. Dept of Corrections State ID# 916194



Notary Public State of Florida
Lanora W Adams
My Commission GG 321457
Expires 05/16/2023

LEGAL MAIL
Provided to Wakulla CI A.S.

MAY 0 5 2021

for mailing